No. 73–1966. Aberdeen & Rockfish Railroad Co. et al. v. Students Challenging Regulatory Agency Procedures (SCRAP) et al.; and

No. 73–1971. United States et al. v. Students Challenging Regulatory Agency Procedures (SCRAP) et al. Appeals from D. C. D. C. Probable jurisdiction noted. Cases consolidated and a total of one hour allotted for oral argument. Mr. Justice

POWELL took no part in the consideration or decision of this order. Reported below: 371 F. Supp. 1291.